

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MALCOLM JAMES SIMON<br>LA. DOC # 532876 | CIVIL ACTION NO. 6:13-cv-0784 |
| VS. | SECTION P |
| | JUDGE DOHERTY |
| NATHAN CAIN, WARDEN | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

This Court hereby **certifies** that Petitioner's appeal is not taken in good faith under 28 U.S.C. § 1915(a)(3) and Rule 24(a) of the Federal Rules of Appellate Procedure. Accordingly, Petitioner's Motion to Proceed in *forma pauperis* on Appeal [rec. doc. 31] is **denied.**

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 27 day of January, 2015.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE